JPMORGAN CHASE BANK, N.A., Appellant, v ROCAR REALTY NORTHEAST, INC., Respondent, et al., Defendant.

Submitted June 16, 2008; decided September 9, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SAMSON ODUMBO, Respondent, v GAMAGE D. PERERA, Appellant.

Submitted July 21, 2008; decided September 9, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ONE BEACON INSURANCE COMPANY, as Subrogee of Dooney & Bourke, Inc., Respondent, v FRENCH INSTITUTE ALLIANCE FRANCAIS NYC, Appellant, et al., Defendants.

Submitted June 23, 2008; decided September 9, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GOODWIN, Appellant.

Submitted July 28, 2008; decided September 9, 2008

Motion for reargument denied [see 10 NY3d 713 (2008)]. Motion for poor person relief dismissed as academic.